```
                        United States Bankruptcy Court
                         Eastern District of New York

In re:                                                            Case No. 14-46415-nhl
Mario Costagliola                                                 Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0207-1        User: dcapers              Page 1 of 2        Date Rcvd: Dec 24, 2014
                            Form ID: 213               Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2014.
```
db            +Mario Costagliola,    123 Kelly Blvd,    Staten Island, NY 10314-6148
tr            +Robert J Musso,    26 Court Street,    Suite 2211,    Brooklyn, NY 11242-1122
smg           +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                Albany, NY 12240-0001
8478746       +BPD Bank,    90 Broad Street,    New York, NY 10004-3306
8478751        Cartel Development Corp,    407 Middlesex Ave,    Colonia, NJ 07067-3214
8478757       +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
8478762        Island Cycle Sales, Inc.,    407 Middlesex Ave,    Colonia, NJ 07067-3214
8478766       +Patricia Carpenter,    407 Middlesex Ave,    Colonia, NJ 07067-3214
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jlathrop@lathroplawpc.com Dec 24 2014 18:14:35     Jaime Lathrop,
                641 President Street,    Suite 2020,    Brooklyn, NY 11215
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 24 2014 18:14:52
                Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8478745        EDI: ACCE.COM Dec 24 2014 18:13:00      Asset Acceptance LLC,    PO Box 1630,
                Warren, MI 48090-1630
8478747        EDI: BANKAMER.COM Dec 24 2014 18:18:00      Bank of America,    PO Box 982235,
                El Paso, TX 79998-2235
8478748       +EDI: CAPITALONE.COM Dec 24 2014 18:18:00      Capital Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
8478749       +EDI: CAPITALONE.COM Dec 24 2014 18:18:00      Capital One / Yamaha,    PO Box 30253,
                Salt Lake City, UT 84130-0253
8478750       +EDI: CAPITALONE.COM Dec 24 2014 18:18:00      Capital One Bank USA NA,    PO Box 30281,
                Salt Lake City, UT 84130-0281
8478752       +EDI: CHASE.COM Dec 24 2014 18:13:00      Chase Bank One Card Serv,    PO Box 15298,
                Wilmington, DE 19850-5298
8478756       +EDI: CHASE.COM Dec 24 2014 18:13:00      Chase Bank USA NA,    PO Box 15298,
                Wilmington, DE 19850-5298
8478759        EDI: DISCOVER.COM Dec 24 2014 18:13:00      Discover Fin Svc LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
8478760        EDI: BANKAMER.COM Dec 24 2014 18:18:00      FIA Card Services,    P.O. Box 15019,
                Wilmington, DE 19850 5019
8478761       +EDI: HFC.COM Dec 24 2014 18:18:00      Household Bank / Suzuki,    PO Box 9,
                Buffalo, NY 14240-0009
8478763       +E-mail/Text: ebnsterling@weltman.com Dec 24 2014 18:14:51     Kay Jewelers,    375 Ghent Road,
                Fairlawn, OH 44333-4600
8478764       +EDI: MID8.COM Dec 24 2014 18:13:00      Midland Funding LLC,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
8478765       +E-mail/Text: bankruptcy@nmbonline.com Dec 24 2014 18:14:37     New Millenium Bank,
                57 Livingston Street,    New Brunswick, NJ 08901-2573
8478767       +E-mail/Text: carmen.todd@sba.gov Dec 24 2014 18:14:37     Small Business Administration,
                409 3rd Street, SW,    Washington, DC 20416-0002
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8478753*      +Chase Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
8478754*      +Chase Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
8478755*      +Chase Bank One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
8478758*      +Chase Home Finance LLC,    PO Box 24696,    Columbus, OH 43224-0696
                                                                                 TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2014                                  Signature:  /s/Joseph Speetjens

```
District/off: 0207-1          User: dcapers              Page 2 of 2              Date Rcvd: Dec 24, 2014
                              Form ID: 213               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2014 at the address(es) listed below:
              Jaime  Lathrop    on behalf of Debtor Mario  Costagliola jlathrop@lathroplawpc.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert J Musso    rmusso@nybankruptcy.net,  NY52@ecfcbis.com
                                                                                             TOTAL: 3
```

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **1–14–46415–nhl**

| UNITED STATES BANKRUPTCY COURT |
|---|
| Eastern District of New York |

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/23/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mario Costagliola
123 Kelly Blvd
Staten Island, NY 10314

| Case Number: | Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: |
|---|---|
| 1–14–46415–nhl | xxx–xx–3302 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Jaime Lathrop<br>641 President Street<br>Suite 2020<br>Brooklyn, NY 11215<br>Telephone number: 718–857–3663 | Robert J Musso<br>26 Court Street<br>Suite 2211<br>Brooklyn, NY 11242<br>Telephone number: (718) 855–6840 |

## Meeting of Creditors
Date: **January 22, 2015**        Time: **02:00 PM**
Location: **271–C Cadman Plaza East, Room 2579 – 2nd Floor, Brooklyn, NY 11201–1800**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 3/23/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800<br>Telephone number: (347) 394–1700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Robert A. Gavin, Jr. |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 12/24/14 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Undeliverable Notices | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| Form 21 Statement of Social Security # | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| Personal Financial Management Course | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certificate of Completion of the Personal Financial Management Course (Official Form 23) within 60 days after the first date set for the section 341 meeting. If the Personal Financial Management Course Certificate is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |