```
                         United States Bankruptcy Court
                          Eastern District of New York
```

In re:                                                                Case No. 14-46415-nhl
Mario Costagliola                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: dcapers               Page 1 of 1              Date Rcvd: Dec 24, 2014
                              Form ID: 270                Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2014.
db          +Mario Costagliola,   123 Kelly Blvd,   Staten Island, NY 10314-6148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 24 2014 18:14:52
               Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
               U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
                                                                                                                                 TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2014                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2014 at the address(es) listed below:
              Jaime Lathrop   on behalf of Debtor Mario Costagliola jlathrop@lathroplawpc.com
              Office of the United States Trustee   USTPRegion02.BR.ECF@usdoj.gov
              Robert J Musso   rmusso@nybankruptcy.net, NY52@ecfcbis.com
                                                                                                                                               TOTAL: 3

# United States Bankruptcy Court
Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:  CASE NO: 1−14−46415−nhl

    Mario Costagliola

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:  CHAPTER: 7

    xxx−xx−3302

             DEBTOR(s)

## NOTICE OF DEFICIENT FILING – CHAPTER 7

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on December 23, 2014 did not include the following item(s):

### DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION

- ☐ Voluntary Petition (Official Form 1) (Signed) (Original & One Copy)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Statement of Social Security Number (Official Form 21)
- ☐ Statement Pursuant to Local Bankruptcy Rule 1073−2(b)
- ☐ Exhibit D (Individual Debtor's Statement of Compliance with Credit Counseling)
- ☑ Certificate of Credit Counseling or Motion for exemption or waiver (Individual Only)
- ☐ Notice to Individual Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code and Certification of Notice to Individual Consumer Debtor(s) (Official Form B201A and 201B)
- ☐ Declaration and Signature of Non−Bankruptcy Petition Preparer (See 11 U.S.C. § 110) (Official Form B19)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form B280)
- ☐ Partnership Statement Pursuant to Local Bankruptcy Rule 1074−1(b) (Partnership Only)
- ☐ Corporate Resolution Pursuant to Local Bankruptcy Rule 1074−1(a) (Corporation Only)
- ☐ Corporate Disclosure Statement Pursuant to FBR 1073−3 (Corporation Only)
- ☐ Corporate Ownership Statement Pursuant to Federal Bankruptcy Rule 1007(a)(1) (Corporation Only)

### DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE

- ☐ Certificate of Credit Counseling (Exhibit D Box 2 Checked) (Individual) (Due Within 14 Days)
- ☐ Disclosure of Compensation Pursuant to Federal Bankruptcy Rule 2016(b) (Due Within 14 Days)
- ☐ Pre−petition Statement Pursuant to Local Bankruptcy Rule 2017−1 (Due Within 14 Days)
- ☐ Summary of Schedules (Official Form B6) (Due Within 14 Days)
- ☐ Statistical Summary of Certain Liabilities (Official Form B6) (Individual Debtor) (Due Within 14 Days)

**[Continued on other side of page]**

**DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE (Continued)**

- ☐ **Schedule A (Real Property) (Official Form B6A) (Due Within 14 Days)**
- ☐ **Schedule B (Personal Property) (Official Form B6B) (Due Within 14 Days)**
- ☐ Schedule C (Property Claimed as Exempt by Individual Debtor) (Official Form B6C) (Due Within 14 Days)
- ☐ **Schedule D (Creditors Holding Secured Claims) (Official Form B6D) (Due Within 14 Days)**
- ☐ **Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E) (Due Within 14 Days)**
- ☐ **Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (Due Within 14 Days)**
- ☐ Schedule G (Executory Contracts and Unexpired Leases) (Official Form B6G) (Due Within 14 Days)
- ☐ Schedule H (Co–debtors) (Official Form B6H) (Due Within 14 Days)
- ☐ **Schedule I (Your Income) (Individual) (Official Form B6I) (Due Within 14 Days)**
- ☐ **Schedule J (Your Expenses) (Individual) (Official Form B6J) (Due Within 14 Days)**
- ☐ Declaration Concerning Debtor(s) Schedules (Individual) (Official Form 6) (Due Within 14 Days)
- ☐ Declaration on Behalf of a Corporation or Partnership (Corporation or Partnership Only) (Official Form 2) (Due Within 14 Days)
- ☐ **Statement of Financial Affairs (Official Form 7) (Due Within 14 Days)**
- ☐ **Chapter 7 Statement of Your Current Monthly Income (Official Form B22A–1) (Individual Debtor) (Due Within 14 Days)**
- ☐ **Statement of Exemption from Presumption of Abuse under § 707 (b)(2) (Official Form B22A–1Supp) (Individual Debtor) (Due Within 14 Days)**
- ☐ **Chapter 7 Means Test Calculation (Official Form B22A–2) Required only if Debtor(s) income is above the applicable state median (Individual Debtor) (Due Within 14 Days)**
- ☑ **Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) (Due Within 14 Days)**
- ☐ Statement of Intention (Official Form 8) (Individual Debtor) (Due by 341 Meeting)

## YOUR CASE MAY BE DISMISSED IF

## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT if the required item(s) identified above in bold print are not filed with the Court within 45 days after the date that this bankruptcy petition was filed, this bankruptcy case may be subject to automatic dismissal effective on the 46th day after the date that the bankruptcy petition was filed, without further notice or opportunity for a hearing.** This 45–day period may be extended for an additional period not to exceed 45 days, if the debtor makes a request for an exemption within the initial 45 days and the Court finds justification for extending the period for the filing. *See 11 U.S.C. § 521(i)(1).*

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of the bankruptcy petition, or at the time of the 341 meeting, are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** in order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a **Certificate of Completion of the Personal Financial Management Course (Official Form 23)**, if applicable, within 60 days after the first date set for the section 341 meeting. The Certificate of Completion of the Personal Financial Management Course should not be filed if an approved provider has already notified the court of the debtor's completion of the course. If the Personal Financial Management Course Certificate of Completion is **not filed within the allotted time, a discharge will not be issued and the case will be closed.**

**[Continued on other side of page]**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

Dated: December 24, 2014

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef7a2.jsp** [Notice of Deficient Filing Chapter 7 rev 12/1/14]