```
UNITED STATES BANKRUPTCY COURT
EASTERM DISTRICT OF NEW YORK
-------------------------------x

IN RE:                          NOTICE OF APPEARANCE
                                AND REQUEST FOR PAPERS
     MARIO COSTAGLIOLA
                                CASE NUMBER: 1-14-46415-nhl

                                CHAPTER  7

-------------------------------x
```

**NOTICE IS HEREBY GIVEN** that the Claimant named below, is a New Jersey Banking Corporation, as follows:

> New Millennium Bank
> 57 Livingston Avenue
> New Brunswick, New Jersey 08901

That the undersigned represents that he is duly authorized to and does hereby appear in this case by and through the attorneys set forth hereinbelow, and requests, pursuant to 11 U.S.C. Section 342(e)(1) and Bankruptcy Rule 9010, that all notices, pleadings, orders, motions, petitions, complaints, distribution checks and papers of any kind, be mailed to counsel set forth hereinbelow, and that the correct post office address of the counsel for the Claimant to which all such papers, notices, pleadings, distribution checks, etc. should be mailed is stated below:

> OSTROWITZ & OSTROWITZ, ESQS.
> 225 Gordons Corner Road
> Manalapan, New Jersey 07726
> Tel.: (732) 446-2800
> Fax.: (732) 446-5837

DATED:   January 6, 2015

                              OSTROWITZ & OSTROWITZ, ESQS.
                              Attorneys for Claimant


                              BY: /s/ ALAN R. OSTROWITZ
                                      AO7173