```
                           United States Bankruptcy Court
                            Eastern District of New York

In re:                                                              Case No. 14-46415-nhl
Mario Costagliola                                                   Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1          User: admin              Page 1 of 2           Date Rcvd: Feb 25, 2015
                              Form ID: 178             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
db           +Mario Costagliola,   123 Kelly Blvd,   Staten Island, NY 10314-6148
smg          +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY 11201-3719
smg          +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg          +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
               Albany, NY 12240-0001
8478746      +BPD Bank,   90 Broad Street,   New York, NY 10004-3306
8478751       Cartel Development Corp,   407 Middlesex Ave,   Colonia, NJ 07067-3214
8478757      +Chase Home Finance LLC,   PO Box 24696,   Columbus, OH 43224-0696
8478762       Island Cycle Sales, Inc.,   407 Middlesex Ave,   Colonia, NJ 07067-3214
8485218      +New Millennium Bank,   c/o Ostrowitz & Ostrowitz, Esqs.,   225 Gordons Corner Road,   Suite 1J,
               Manalapan, NJ 07726-3342
8485217      +Ostrowitz & Ostrowitz, Esqs.,   225 Gordons Corner Road,   Suite 1J,   Manalapan, NJ 07726-3342
8478766      +Patricia Carpenter,   407 Middlesex Ave,   Colonia, NJ 07067-3214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 25 2015 18:18:14
               Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
               U.S. Federal Office Building,   201 Varick Street, Suite 1006,   New York, NY 10014-9449
8480371       EDI: AIS.COM Feb 25 2015 18:23:00      American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
8478745       EDI: ACCE.COM Feb 25 2015 18:23:00      Asset Acceptance LLC,   PO Box 1630,
               Warren, MI 48090-1630
8478747       EDI: BANKAMER.COM Feb 25 2015 18:23:00      Bank of America,   PO Box 982235,
               El Paso, TX 79998-2235
8478748      +EDI: CAPITALONE.COM Feb 25 2015 18:23:00      Capital Bank USA NA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
8478749      +EDI: CAPITALONE.COM Feb 25 2015 18:23:00      Capital One / Yamaha,   PO Box 30253,
               Salt Lake City, UT 84130-0253
8478750      +EDI: CAPITALONE.COM Feb 25 2015 18:23:00      Capital One Bank USA NA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
8478752      +EDI: CHASE.COM Feb 25 2015 18:23:00      Chase Bank One Card Serv,   PO Box 15298,
               Wilmington, DE 19850-5298
8478756      +EDI: CHASE.COM Feb 25 2015 18:23:00      Chase Bank USA NA,   PO Box 15298,
               Wilmington, DE 19850-5298
8478759       EDI: DISCOVER.COM Feb 25 2015 18:23:00      Discover Fin Svc LLC,   PO Box 15316,
               Wilmington, DE 19850-5316
8478760       EDI: BANKAMER.COM Feb 25 2015 18:23:00      FIA Card Services,   P.O. Box 15019,
               Wilmington, DE 19850 5019
8478761      +EDI: HFC.COM Feb 25 2015 18:23:00      Household Bank / Suzuki,   PO Box 9,
               Buffalo, NY 14240-0009
8478763      +E-mail/Text: ebnsterling@weltman.com Feb 25 2015 18:18:12      Kay Jewelers,   375 Ghent Road,
               Fairlawn, OH 44333-4600
8478764      +EDI: MID8.COM Feb 25 2015 18:23:00      Midland Funding LLC,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
8478765      +E-mail/Text: bankruptcy@nmbonline.com Feb 25 2015 18:18:03      New Millenium Bank,
               57 Livingston Street,   New Brunswick, NJ 08901-2573
8478767      +E-mail/Text: carmen.todd@sba.gov Feb 25 2015 18:18:03      Small Business Administration,
               409 3rd Street, SW,   Washington, DC 20416-0005
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8478753*     +Chase Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
8478754*     +Chase Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
8478755*     +Chase Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
8478758*     +Chase Home Finance LLC,   PO Box 24696,   Columbus, OH 43224-0696
                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                                       Signature:  /s/Joseph Speetjens

```
District/off: 0207-1           User: admin              Page 2 of 2               Date Rcvd: Feb 25, 2015
                               Form ID: 178             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2015 at the address(es) listed below:
              Alan R Ostrowitz    on behalf of Creditor    New Millennium Bank ostrowlaw@gmail.com
              Jaime  Lathrop    on behalf of Debtor Mario  Costagliola jlathrop@lathroplawpc.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert J Musso    on behalf of Trustee Robert J Musso rmusso@nybankruptcy.net,  NY52@ecfcbis.com
              Robert J Musso    rmusso@nybankruptcy.net,  NY52@ecfcbis.com
                                                                                             TOTAL: 5
```

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−46415−nhl |
| Mario Costagliola | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−3302 | |
| DEBTOR(s) | |

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before May 26, 2015.**

A Proof of Claim form "Official Form B10" can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website at www.nyeb.uscourts.gov, by going to Information for Creditors and clicking on Limited Access Password Application.

Dated: February 25, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdas.jsp** [Discovery of Assets rev. 05/03/12]