```
                           United States Bankruptcy Court
                            Eastern District of New York
```

In re:                                                                   Case No. 14-46415-nhl
Mario Costagliola                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: admin               Page 1 of 1              Date Rcvd: Mar 10, 2015
                              Form ID: 268              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2015.
db             +Mario Costagliola,    123 Kelly Blvd,    Staten Island, NY 10314-6148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 10 2015 18:12:45
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2015 at the address(es) listed below:
              Alan R Ostrowitz    on behalf of Creditor    New Millennium Bank ostrowlaw@gmail.com
              Jaime  Lathrop    on behalf of Debtor Mario  Costagliola jlathrop@lathroplawpc.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert J Musso    on behalf of Trustee Robert J Musso rmusso@nybankruptcy.net, NY52@ecfcbis.com
              Robert J Musso    rmusso@nybankruptcy.net, NY52@ecfcbis.com
                                                                                             TOTAL: 5

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−14−46415−nhl |
| Mario Costagliola | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−3302 | |
| DEBTOR(s) | |

## NOTICE OF NO FINANCIAL MANAGEMENT CERTIFICATE

Notice is hereby given that:

The above−named debtor(s) has not filed a Certificate of Completion of a course in Financial Management or Official Form 23 in accordance with Interim Bankruptcy Rules 1007(b)(7) and 1007(c).

Unless the aforementioned Certificate or Official Form 23 is filed by March 24, 2015 , this case may be closed with no discharge of debtor(s) having been entered.

Notice is further given that if the debtor(s) subsequently file(s) a Motion to Reopen the case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

Dated: March 9, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnfcer1.jsp** [Notice of No Financial Certificate Filed rev. 09/26/06]